IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WEYERHAEUSER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 14-024-SLR |
| | ) | |
| DOMTAR CORPORATION and | ) | |
| DOMTAR PAPER COMPANY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 30th day of July, 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that Domtar's motion to dismiss (D.I. 12) is granted to the extent that Weyerhaeuser's claims regarding liability for workers compensation claims of Retired Employees that accrued prior to January 13, 2011 are barred by the applicable statute of limitations. Otherwise, the motion is denied.

_____
United States District Judge