**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

WEYERHAEUSER COMPANY,                )
                                     )
                    Plaintiff,       )
                                     )
          v.                         )          C.A. No. 14-024-SLR
                                     )        REDACTED
DOMTAR CORPORATION and DOMTAR        )        PUBLIC VERSION
PAPER COMPANY, LLC,                  )
                                     )
                    Defendants.      )


**DECLARATION OF ALEX GINSBERG IN SUPPORT OF DEFENDANTS
DOMTAR CORPORATION AND DOMTAR PAPER COMPANY, LLC'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**


OF COUNSEL:

Gary W. Kubek
Courtney M. Dankworth
Alex Ginsberg
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
gwkubek@debevoise.com
cmdankwo@debevoise.com
aginsberg@debevoise.com

Dated: September 25, 2015

Gregory P. Williams (#2168)
Chad M. Shandler (#3796)
Katharine C. Lester (#5629)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
williams@rlf.com
shandler@rlf.com
lester@rlf.com

*Attorneys for Defendants Domtar Corporation
and Domtar Paper Company, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WEYERHAEUSER COMPANY, a )
Washington corporation, )
                                          )
                        Plaintiff, )
                                            )
v. )  C.A. No. 14-024-SLR
                                            )
DOMTAR CORPORATION, a Delaware )
corporation, and DOMTAR PAPER COMPANY, )
LLC, a Delaware limited liability company, )
                                            )
                        Defendants. )

## DECLARATION OF ALEX GINSBERG
## IN SUPPORT OF DEFENDANTS DOMTAR CORPORATION
## AND DOMTAR PAPER COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT

I, Alex Ginsberg, hereby declare:

1.     I am an attorney at the law firm of Debevoise & Plimpton LLP, and am admitted *pro hac vice* in the above-captioned matter as counsel for Defendants Domtar Corporation and Domtar Paper Company, LLC. I make this declaration based on my personal knowledge and in support of Defendants' Motion for Summary Judgment.

2.     Attached hereto as Exhibit 1 is a true and correct excerpted copy of the Amended and Restated Transaction Agreement dated as of January 25, 2007, produced in this matter under production number WEY00005702–6010.

3.     Attached hereto as Exhibit 2 is a true and correct copy of an email dated September 17, 2008, produced in this matter under production number WEY00015116.

4.      Attached hereto as Exhibit 3 is a true and correct copy of an email dated May 31,
2007 with subject "Re: Workers Compensation payments," produced in this matter under
production number WEY00000575–77 and introduced as Deposition Exhibit 33.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a letter dated June 6,
2007, produced in this matter under production number WEY000000682–83 and introduced as
Deposition Exhibit 67.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a letter dated July 23,
2007, produced in this matter under production number DOMWEY00010205–09 and introduced
as Deposition Exhibit 68.

7.      Attached hereto as Exhibit 6 is a true and correct copy of an email dated August
1, 2007 with subject "RE: Summary Domtar's WC Payments," produced in this matter under
production number WEY00000588–89.

8.      Attached hereto as Exhibit 7 is a true and correct copy of an invoice dated August
22, 2007 with description "June WC current mnth clms payment," produced in this matter under
production number WEY00020174.

9.      Attached hereto as Exhibit 8 is a true and correct copy of an email dated October
3, 2007 with subject "RE: Domtar_09-14TA.xls," produced in this matter under production
number WEY00000671–72.

10.      Attached hereto as Exhibit 9 is a true and correct excerpted copy of the testimony
of Anne Giardini, given at deposition in this case on June 3, 2015.

11.      Attached hereto as Exhibit 10 is a true and correct copy of an email and attached
letter dated June 3, 2008 with subject "Weyerhaeuser and Domtar/Areas of Disagreement,"

2

produced in this matter under production number DOMWEY00011324–33 and introduced as Deposition Exhibit 6.

12.     Attached hereto as Exhibit 11 is a true and correct copy of a letter dated July 11, 2008, produced in this matter under production number DOMWEY00004550–51 and introduced as Deposition Exhibit 70.

13.     Attached hereto as Exhibit 12 is a true and correct copy of an email and attachment dated September 9, 2008 with subject "Agenda v2.doc," produced in this matter under production number WEY00024095–96 and introduced as Deposition Exhibit 73.

14.     Attached hereto as Exhibit 13 is a true and correct copy of an email and attachment dated July 29, 2013 with subject "WY discussions Sept 11.doc," produced in this matter under production number DOMWEY00011856–57_0008 and introduced as Deposition Exhibit 10.

15.     Attached hereto as Exhibit 14 is a true and correct excerpted copy of the testimony of Patrick Lane, given at deposition in this case on June 9, 2015.

16.     Attached hereto as Exhibit 15 is a true and correct excerpted copy of the testimony of Michael Cross, given at deposition in this case on May 28, 2015.

17.     Attached hereto as Exhibit 16 is a true and correct excerpted copy of the testimony of Zygmunt Jablonski, given at deposition in this case on June 30, 2015.

18.     Attached hereto as Exhibit 17 is a true and correct excerpted copy of the testimony of Michel Dagenais, given at deposition in this case on May 27, 2015.

19.     Attached hereto as Exhibit 18 is a true and correct copy of a letter dated September 23, 2008, produced in this matter under production number WEY00022316–21 and introduced as Deposition Exhibit 75.

20.    Attached hereto as Exhibit 19 is a true and correct copy of an email dated October 28, 2008 with subject "RE: Wapawekka Loan Guarantee - wire transfer for Cdn$1,172,828.04," produced in this matter under production number WEY00000923–24 and introduced as Deposition Exhibit 126.

21.    Attached hereto as Exhibit 20 is a true and correct copy of an email dated November 4, 2008 with subject "RE: Domtar WC - Claim list and revised payment amount," produced in this matter under production number WEY00020136–37 and introduced as Deposition Exhibit 77.

22.    Attached hereto as Exhibit 21 is a true and correct copy of a letter dated November 26, 2008, produced in this matter under production number WEY00022324–28 and introduced as Deposition Exhibit 79.

23.    Attached hereto as Exhibit 22 is a true and correct excerpted copy of the testimony of Chee-Tuck Wong, given at deposition in this case on June 18, 2015.

24.    Attached hereto as Exhibit 23 is a true and correct copy of an email and attachment dated November 15, 2008 with subject "WC Files for Domtar," produced in this matter under production number WEY00005989–91 and introduced as Deposition Exhibit 232.

25.    Attached hereto as Exhibit 24 is a true and correct copy of an email dated April 24, 2009 with subject "Re: Status of WC Invoice 03-04TA," produced in this matter under production number WEY00023885–86 and introduced as Deposition Exhibit 131.

26.    Attached hereto as Exhibit 25 is a true and correct copy of an email and attachment dated October 20, 2008 with subject "FW: SigNAL Corp08-092 Workers Comp-Domtar," produced in this matter under production number WEY00019047–52 and introduced as Deposition Exhibit 125.

27.    Attached hereto as Exhibit 26 is a true and correct copy of an email dated October 10, 2012 with subject "FW: Domtar Workers Comp Invoice - September 2012," produced in this matter under production number WEY00004148 and introduced as Deposition Exhibit 91.

28.    Attached hereto as Exhibit 27 is a true and correct copy of a letter dated December 23, 2008, produced in this matter under production number WEY00022331–32 and introduced as Deposition Exhibit 104.

29.    Attached hereto as Exhibit 28 is a true and correct copy of a letter dated June 2, 2009, produced in this matter under production number WEY00022336–38 and introduced as Deposition Exhibit 83.

30.    Attached hereto as Exhibit 29 is a true and correct copy of an email dated January 31, 2012 with subject "Tender of Plymouth Workers Comp Claims to Domtar," produced in this matter under production number WEY00018759–60.

31.    Attached hereto as Exhibit 30 is a true and correct copy of an email and attachment dated March 23, 2012 with subject "Nellie Perry Claim," produced in this matter under production number DOMWEY00006351–59 and introduced as Deposition Exhibit 192.

32.    Attached hereto as Exhibit 31 is a true and correct copy of an email and attachment dated March 28, 2012 with subject "RE: Nellie Perry Claim," produced in this matter under production number DOMWEY00006362–63 and introduced as Deposition Exhibit 193.

33.    Attached hereto as Exhibit 32 is a true and correct copy of a letter dated July 8, 2013, produced in this matter under production number DOMWEY00022056–77 and introduced as Deposition Exhibit 88.

34.    Attached hereto as Exhibit 33 is a true and correct copy of an email and attachment dated July 31, 2013, with subject "RE: Weyerhaeuser's Notice of Intent to Litigate

5

Workers Comp Dispute," produced in this matter under production number DOMWEY00021235–38 and introduced as Deposition Exhibit 222.

35.    Attached hereto as Exhibit 34 is a true and correct excerpted copy of the Amended and Restated Contribution Agreement dated as of January 25, 2007, produced in this matter under production number WEY00010281–363.

36.    Attached hereto as Exhibit 35 is a true and correct copy of the decision of the British Columbia Supreme Court in *Gaglardi v. Gaglardi*, 1992 CarswellBC 709, decided October 16, 1992.

37.    Attached hereto as Exhibit 36 is a true and correct copy of the decision of the Alberta Court of Queen's Bench in *Leonardis v. Leonardis*, (2003) 50 Alta. L.R. 4th 56, decided June 30, 2003.

38.    Attached hereto as Exhibit 37 is a true and correct copy of the decision of the Alberta Court of Queen's Bench in *K. (R.). v. K. (S.)*, (2005) 57 Alta. L.R. 4th 95, decided September 8, 2005.

39.    Attached hereto as Exhibit 38 is a true and correct copy of a Discussion Paper for the Canadian Bar Association by Adam Dodek, entitled *Solicitor-Client Privilege in Canada*, published February 2011.

40.    Attached hereto as Exhibit 39 is a true and correct copy of the Agreement to Terminate Certain Health and Welfare Transitions Services dated February 28, 2013, produced in this matter under production number WEY00002564–69.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2015

7

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 25, 2015, I caused true and correct copies of the foregoing document to be filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following, and further certify that a copy of the foregoing document has also been served by electronic mail on the following:

Stephen B. Brauerman (#4952)
Evan T. Miller (#5364)
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
(302) 655-5000
sbrauerman@bayardlaw.com
emiller@bayardlaw.com

Laurie Lootens Chyz
Michael J. Ewart
Hillis Clark Martin & Peterson P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
(206) 623-1745
llc@hcmp.com
mje@hcmp.com

*/s/ Chad M. Shandler*
Chad M. Shandler (#3796)