**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WEYERHAEUSER COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>DOMTAR CORPORATION and DOMTAR PAPER COMPANY, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 14-024-SLR<br>)<br>) REDACTED<br>) PUBLIC VERSION<br>)<br>)<br>) |

**DECLARATION OF ANIA BRZEZINSKI IN SUPPORT OF DEFENDANTS
DOMTAR CORPORATION AND DOMTAR PAPER COMPANY, LLC'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

OF COUNSEL:

Gary W. Kubek
Courtney M. Dankworth
Alex Ginsberg
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
gwkubek@debevoise.com
cmdankwo@debevoise.com
aginsberg@debevoise.com

Dated: September 25, 2015

Gregory P. Williams (#2168)
Chad M. Shandler (#3796)
Katharine C. Lester (#5629)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
williams@rlf.com
shandler@rlf.com
lester@rlf.com

*Attorneys for Defendants Domtar Corporation
and Domtar Paper Company, LLC*

DECLARATION OF ANIA BRZEZINSKI IN SUPPORT OF
DEFENDANTS DOMTAR CORPORATION AND DOMTAR PAPER
COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT
AND EXHIBIT 1

REDACTED IN THEIR ENTIRETY

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 25, 2015, I caused true and correct copies of the foregoing document to be filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following, and further certify that a copy of the foregoing document has also been served by electronic mail on the following:

| | |
|---|---|
| Stephen B. Brauerman (#4952) | Laurie Lootens Chyz |
| Evan T. Miller (#5364) | Michael J. Ewart |
| Bayard, P.A. | Hillis Clark Martin & Peterson P.S. |
| 222 Delaware Avenue, Suite 900 | 1221 Second Avenue, Suite 500 |
| Wilmington, DE  19899 | Seattle, WA 98101-2925 |
| (302) 655-5000 | (206) 623-1745 |
| sbrauerman@bayardlaw.com | llc@hcmp.com |
| emiller@bayardlaw.com | mje@hcmp.com |

 

*/s/ Chad M. Shandler*
Chad M. Shandler (#3796)