IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation<br><br>        Plaintiff,<br><br>   v.<br><br>DOMTAR CORPORATION, a Delaware corporation, and DOMTAR PAPER COMPANY, LLC, a Delaware limited liability company,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 14-24-SLR<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this ___ day of August 2016, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion for summary judgment (D.I. 50) is denied; and

2. Defendant's motion for summary judgment (D.I. 55) is granted.

                                              _____
                                              UNITED STATES DISTRICT JUDGE