IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 14-24-SLR ) |
| DOMTAR CORPORATION, a Delaware corporation, and DOMTAR PAPER COMPANY, LLC, a Delaware limited liability company, | ) ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of August 31,

2016;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in

favor of defendants and against plaintiff.

_____
United States District Judge

Dated: 10/20/2016

_____
(By) Deputy Clerk